UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Arvra Craig.**

**V.**                                           CIVIL ACTION NO. 1:22-cv-11620-MJJ

**CDM Smith, Inc.**

### SETTLEMENT ORDER OF DISMISSAL

**JOUN, D.J.**

    The Court have been advised that the above-entitled action has been settled.

    IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty (30) days**, to reopen the action if settlement is not consummated.

September 6, 2023            /s/ Steve K. York
                             --------------------------
                             **Deputy Clerk**